AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| Luxottica Group S.p.A., an Italian Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Shore Enuff, an unknown business entity, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

One Stop Souvenirs LLC d/b/a Deck2sea
1731 A Boardwalk
Atlantic City, New Jersey 08401

Beach Apparel
1737 Boardwalk
Atlantic City, New Jersey 08401

Fashion Paradise LLC
2607 A Boardwalk
Atlantic City, New Jersey 08401

Stop & Save d/b/a Moon Traders
1637 Boardwalk
Atlantic City, New Jersey 08401

Dolma & Girls LLC
1729 Boardwalk
Atlantic City, New Jersey 08401

Sunshine Fashion
1414-12 Boardwalk
Atlantic City, New Jersey 08401

Shore Styles
1429 Boardwalk
Atlantic City, New Jersey 08401

City of Souvenirs LLC
1629 Boardwalk
Atlantic City, New Jersey 08401

AC Gift Shop
1325 Boardwalk
Atlantic City, New Jersey 08401

Shoe Enuff
2605 Boardwalk
Atlantic City, New Jersey 08401

Hot Stop LLC
1317 Boardwalk
Atlantic City, New Jersey 08401

Bags & Accessories
1311 A Boardwalk
Atlantic City, New Jersey 08401

Shore Gifts
2517 Boardwalk
Atlantic City, New Jersey 08401

Sea Star Souvenir
2633 A Boardwalk
Atlantic City, New Jersey 08401

One Stop
2609 Boardwalk
Atlantic City, New Jersey 08401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BERLANDI NUSSBAUM & REITZA LLP
125 Park Avenue, 25th Floor
New York, New York 10017
Telephone (212) 804-6329

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: