NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
)
Luxottica Group S.P.A., )
        Plaintiff )
) Civil No: 16-05847 (RBK-KMW)
    v. )
)
Shore Enuff, et al., ) Order Adopting
) the Report and Recommendation
) of the Magistrate Judge
        Defendants. )
_____)

ROBERT B. KUGLER, District Judge

**THIS MATTER** having come before the Court on the Report and Recommendation of the Honorable Karen M. Williams, United States Magistrate Judge, filed on 24 September 2018 (ECF Doc. No. 89) ["this Report"] regarding Plaintiff's, Luxottica Group, motion to strike Defendants', Shore Enuff, Answers, and for Default Judgment (ECF Doc. No. 83) ["the Motion"]; and

**THE COURT** having received no objections pursuant to L. Civ. R. 72.1(c)(2) and having reviewed this Report and for good cause shown,

**IT IS HEREBY ORDERED** that this Report be **ADOPTED** as the findings of fact and conclusions of law of this Court, and accordingly

    **IT IS FURTHER ORDERED** that:

    the Motion be **GRANTED,** Defendants' Answers **STRUCK** and Default Judgment **ENTERED**.

    The Clerk is instructed to terminate this case.

Date: 24 October 2018                    s/ Robert B. Kugler
                                                                                    ROBERT B. KUGLER
                                                                                   U.S. District Judge