## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| Luxottica Group, S.p.A., | ) |
|         *Plaintiff*, | ) Civil No. 16-5847 (RBK-KMW) |
| v. | ) **ORDER Regarding** |
| | ) **Default Judgment and Damages** |
| Shore Enuff, and Bags and Accessories, | ) |
|         *Defendants*. | ) |

**KUGLER**, United States District Court Judge

Before the Court in this trademark infringement and unfair competition action is plaintiff's motion for default judgment, pre-judgment interest, attorneys' fees and costs, and injunctive relief against defendants ["this motion"] (ECF Doc. 100) under Federal Rule of Civil Procedure ["Fed. R. Civ. P." or "Rule"] 55(b)(2). Defendants have neither challenged nor filed an opposition to the motion. This order concerns plaintiff's request for Default Judgment and Damages. An appropriate Opinion accompanies this Order.

**THE COURT HAVING REVIEWED** the papers submitted, and for the reasons explained in the accompanying Opinion of today's date; and for good cause shown,

    **IT IS hereby**:

    **ORDERED** the motion for default judgment and the request for the filing fee of this action is **GRANTED**;

    **ORDERED** judgment shall be entered in favor of plaintiff Luxottica Group and against defendants Shore Enuff and Bags and Accessories in the amount of $19,000 against each defendant, for a total amount of $38,000;

    **ORDERED** the requests for pre-judgment interest and attorneys' fees and costs, except for the filing fee of this action, as noted above, are **DENIED**;

    **ORDERED** counsel for plaintiff shall forthwith cause a copy of this Default Judgment to be served upon each defendant by regular mail, with return receipt requested, at the last known address of each defendant, or alternatively, by personal service, and to certify, by Affidavit of Service, that counsel for plaintiff has done so; and

**ORDERED** the Clerk shall **CLOSE this case upon the docket, without prejudice** to reopening for further proceedings consistent with law.

**THE COURT ISSUES** injunctive relief in a separate Order of today's date.

Dated:  27 August 2019                                     s/Robert B. Kugler
                                                           ROBERT B. KUGLER
                                                           United States District Judge